# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160850

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  160850
COA:  347548
Grand Traverse CC:
13-011601-FC

RYAN LOWELL BAILEY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 15, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

s1021